1

2

3                        IN THE UNITED STATES DISTRICT COURT

4                     FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6  JONATHAN VERDEJA,                          1:12-cv-01350-GSA (PC)

7         Plaintiff,                          ORDER TO SUBMIT NEW COMPLETED
                                              APPLICATION TO PROCEED IN FORMA
8         vs.                                 PAUPERIS OR PAY FILING FEE WITHIN
                                              45 DAYS
9  C. MAZZEI, et al.,

10        Defendants.
   _____/
11

12         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

13  1983.  Plaintiff filed this case on August 20, 2012, together with an application to proceed in forma

14  pauperis pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  However, Plaintiff did not fully answer every

15  part of the application.  Specifically, Plaintiff did not complete sections 2b (last employment) or 3f

16  (sources and amount of money received).  Plaintiff shall be granted another opportunity to submit a

17  completed application or pay the $350.00 filing fee for this action.

18         Accordingly, IT IS HEREBY ORDERED that:

19         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

22  **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

23  submit a certified copy of his/her prison trust statement for the six month period immediately

24  preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal of**

25  **this action.**

26         IT IS SO ORDERED.

27  **Dated:   August 23, 2012**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
28