IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VERDEJA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. MAZZEI, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | 1:12-cv-01350-GSA (PC)<br><br>ORDER TO SUBMIT NEW COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case on August 20, 2012, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, Plaintiff did not fully answer every part of the application. Specifically, Plaintiff did not complete sections 2b (last employment) or 3f (sources and amount of money received). Plaintiff shall be granted another opportunity to submit a completed application or pay the $350.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

　　　　IT IS SO ORDERED.

　　　　Dated:   **August 23, 2012**　　　　　　　　　　 **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE