UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VERDEJA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O MAZZEI, et al.,<br><br>　　　　Defendants. | 1:12-cv-01350-AWI-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDER<br>(Doc. 10.)<br><br>OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

　　　Jonathan Verdeja ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2012. (Doc. 1.) On April 15, 2013, the Court entered an order requiring Plaintiff to either file an amended complaint, or notify the Court of his willingness to proceed on the claims found cognizable by the Court, within thirty days. (Doc. 6.) To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1]

　　　Accordingly, **IT IS HEREBY RECOMMENDED** that this action be DISMISSED, without prejudice, based on Plaintiff's failure to comply with the Court's order of April 15, 2013.

---

[1] The United States Postal Service returned the order on April 24, 2013 as undeliverable. A notation on the envelope indicates that Plaintiff was discharged. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days after the date of service of these findings and recommendations, Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **May 23, 2013**                             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE